## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **$43,584.00 IN UNITED STATES CURRENCY,** | ) | **8:08CV123** |
| | ) | |
| | ) | **ORDER** |
| **Defendant,** | ) | |
| | ) | |
| **LOUIS OBAD,** | ) | |
| | ) | |
| **Claimant.** | ) | |

This matter is before the magistrate judge by consent of the parties on the Claimant's Motion to Amend Pleadings [17]. The court has not received a response in opposition to the motion and, upon review of the proposed amendment, finds that the motion should be granted.

**IT IS ORDERED** that the Claimant's Motion to Amend Pleadings [17] is granted. The Claimant shall file and serve the amended pleading in accordance with NECivR 15.1(c) no later than August 12, 2008.

**DATED August 4, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**